1  James P. Watson (SBN 046127)
   Bruce K. Leigh (SBN 129753)
2  Anne Bevington (SBN 111320)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery Street, Fifth Floor
   San Francisco, CA  94105
4  Telephone:  (415) 512-3501
   Facsimile:   (415) 512-3515
5  Email:        anneb@skwsf.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No. C-06-4620 CRB

**UPDATED CASE MANAGEMENT CONFERENCE STATEMENT; ~~(PROPOSED)~~ ORDER**

DATE:   December 15, 2006
TIME:   8:30 a.m.
CTRM:   8, 19th Floor

JUDGE:  The Honorable Charles R. Breyer

17              Plaintiffs,

18       v.

19  ROBERT A. BOTHMAN, INC., a California
    corporation; and ROBERT ANDREW BOTHMAN,
20  an Individual,

21              Defendants.

22

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-1-
UPDATED CASE MANAGEMENT CONFERENCE STATEMENT; (PROPOSED) ORDER [CASE NO. C-06-4620 CRB]

The parties to this action have reached a settlement.  Plaintiffs have executed a release and will request dismissal after the settlement payment has been made.  Plaintiffs request that the further case management conference set for December 15, 2006 be continued for 60 days to give the parties the opportunity to carry out their agreement.

DATED:  December 8, 2006                             STANTON, KAY & WATSON, LLP


                                                      By: /s/ Anne Bevington
                                                          Anne Bevington
                                                          Attorneys for Plaintiffs

---

## CASE MANAGEMENT ORDER

The further case management conference set for December 15, 2006 is continued to __February 16__, 2007, at __8:30__ a.m. / ~~p.m.~~

DATED: December 13, 2006

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

F:\CASES\7000\7000.1059 Robert A Bothman Inc - Aachwen\Pleadings\UPDATED CMC STATEMENT and