James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA  94105
Telephone:  (415) 512-3501
Facsimile:   (415) 512-3515
Email:         anneb@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT A. BOTHMAN, INC., a California corporation, et al., <br><br> Defendants. | **Case No. C-06-4620 CRB** <br><br> **PLAINTIFFS' UNOPPOSED REQUEST FOR DIMISSAL;** <br> ~~**(PROPOSED)**~~ **ORDER** |

The parties having settled the claims contained in plaintiffs' complaint in this action, plaintiffs request that the action be dismissed, with all parties bearing their own costs except as provided in the settlement agreement. Because defendants did not appear in the action, this request is not made by stipulation and is unopposed.

DATED:  January 22, 2007.                                STANTON, KAY & WATSON, LLP


                                                                          By:   */s/ Anne Bevington*
                                                                                    Anne Bevington
                                                                             Attorneys for Plaintiffs

## ORDER

The Court having considered plaintiffs' unopposed request for dismissal,

IT IS HEREBY ORDERED that this Action be, and hereby is, dismissed with prejudice, with all parties bearing their own costs except as provided in the settlement agreement.

DATED: January 24, 2007

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

F:\CASES\7000\7000.1059 Robert A Bothman Inc - Aachwen\Pleadings\REQUEST for DISMISSAL and PROPOSED ORDER.doc

**PROOF OF SERVICE**

CASE NAME: *Board of Trustees of the Laborers Health and Welfare Trust Fund For Northern California; et al. v. Robert A. Bothman, Inc., et al.*
CASE NUMBER: United States District Court, Northern District of California No. C-06-4620 (CRB)

I am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

On the date shown below, I served the following document(s) described as:

 **PLAINTIFFS' UNOPPOSED REQUEST FOR DIMISSAL; (PROPOSED) ORDER**

on the following party/parties:

Krisztina M. Kiss, Esq.
Contacts Manager/Corporate Counsel
Robert A. Bothman, Inc.
650 Quinn Avenue
San Jose, CA 95112

**BY MAIL** with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & Watson's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on January 22, 2007 at San Francisco, California.

  */s/ Carol M. Christensen*
  Carol M. Christensen

-3-
**PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL; (PROPOSED) ORDER [CASE NO. C-06-4620 CRB]**